1
2
3
4                                                                          *E-Filed 8/21/12*
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11
12   ARMANDO VILLA,                              No. C 12-1272 RS (PR)

13              Plaintiff,                        **ORDER OF DISMISSAL**

14        v.

15   ALAMEDA COUNTY SHERIFF'S
     DEPARTMENT, et al.,
16
                Defendants.
17
     _____/
18

19        This is a federal civil rights action.  The complaint was dismissed with leave to file an

20   amended complaint within 30 days.  More than 30 days have passed and plaintiff has not

21   filed an amended complaint.  Accordingly, the action is hereby DISMISSED pursuant to

22   Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall enter

23   judgment in favor of defendants and close the file.

24        **IT IS SO ORDERED**.

25   DATED:  August 21, 2012

26                                                  _____
                                                    RICHARD SEEBORG
27                                                  United States District Judge

28

                                                                    No. C 12-1272 RS (PR)
                                                                    ORDER OF DISMISSAL