**United States District Court**
For the Northern District of California

*E-Filed 8/21/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO VILLA, | No. C 12-1272 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

This is a federal civil rights action. The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed and plaintiff has not filed an amended complaint. Accordingly, the action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: August 21, 2012

RICHARD SEEBORG
United States District Judge